1  Patrick S. Schoenburg (State Bar No. 162842)
   pschoenburg@wshblaw.com
2  **WOOD, SMITH, HENNING & BERMAN LLP**
   7108 North Fresno Street, Suite 250
3  Fresno, California 93720-2952
   Phone: 559-437-2860 ♦ Fax: 559-705-1934
4

5  Attorneys for Defendant Swift Transportation of Arizona, LLC

6

7

8              **UNITED STATES DISTRICT COURT**

9      **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11 | Reginald Vedrine,                          | Case No.

12 |              Plaintiff,                     | CIVIL CASE NO. VCU290343

13 |        v.                                  | **DEFENDANT SWIFT

14 | Swift Transportation of Arizona, LLC;      | **TRANSPORTATION OF ARIZONA,
   | Marshall Anthony Smith, an individual; and | LLC'S NOTICE OF REMOVAL OF
15 | DOES 1 to 20, inclusive,                   | ACTION TO FEDERAL COURT;
   |                                            | DECLARATION OF PATRICK S.
16 |              Defendants.                   | SCHOENBURG IN SUPPORT THEREOF**

17 |                                            | Trial Date:          None Set

18

19 TO THE UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA,

20 AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21          PLEASE TAKE NOTICE that Defendant Swift Transportation of Arizona, LLC

22 ("Defendant Swift") hereby files its Notice of Removal for the above-referenced action from the

23 Superior Court of the State of California, County of Tulare, to the U.S. District Court for the

24 Eastern District of California, Fresno Division, pursuant to 28 U.S.C. §§ 1332, 1441 based on

25 diversity of citizenship jurisdiction.  In support of such removal, Defendant states as follow:

26 / / /

27 / / /

28 / / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7108 NORTH FRESNO STREET, SUITE 250
FRESNO, CALIFORNIA 93720-2952
TELEPHONE 559-437-2860 ♦ FAX 559-705-1934

**I.     STATEMENT OF FACTS**

1.     On February 4, 2022, Plaintiff Reginald Vedrine ("Plaintiff") filed a Complaint in the Superior Court of the State of California, County of Tulare, entitled *Reginald Vedrine v. Swift Transportation of Arizona, LLC.; Marshall Anthony Smith, an individual; and DOES 1 to 20, inclusive* ("Complaint"), which was assigned the case number 290343.

2.     On June 20, 2022, Plaintiff served Defendant Swift copies of the (1) Summons; (2) Complaint; and (3) Civil Case Cover Sheet. True and correct copies of each of the foregoing items as served on Defendant Swift on June 20, 2022 are attached to this Notice of Removal as **Exhibit "A"** in accordance with 28 U.S.C. section 1446(a).

3.     The Complaint asserts a claim for relief against Defendants for injuries Plaintiff allegedly sustained due to a motor vehicle collision.  Plaintiff seeks to recover compensatory damages.

**II.    REMOVAL IS TIMELY**

4.     A defendant in a civil action has thirty (30) days from the date it is validly served with a summons and complaint to remove the action to federal court.  *See* 28 U.S.C. § 1446(b).

5.     This instant action was filed in the Superior Court of the State of California, County of Tulare on February 4, 2022.

6.     Defendant Swift was served with the Summons and Complaint on June 20, 2022. This Notice of Removal has been filed within thirty (30) days after receipt of the Summons and Complaint in accordance with 28 U.S.C. § 1446(b) and removal is timely.

7.     Defendant Swift is the only defendant that has been properly served in this action as of the time Defendant Swift is filing this Notice of Removal.  Defendant Swift consents to the timely removal of the action to this Court.  See 28 U.S.C. § 1446(b)(2)(A)-(2)(B).

8.     On information and belief, Defendant Marshall Anthony Smith consents to removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(c).  It is anticipated that counsel for the removing party shall also represent Defendant Marshall Anthony Smith in this action.

9.     Defendants Swift and Smith have not filed answers to the Complaint.

/ / /

DEFENDANT SWIFT TRANSPORTATION OF ARIZONA, LLC'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT; DECLARATION OF PATRICK S. SCHOENBURG IN SUPPORT THEREOF

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7108 NORTH FRESNO STREET, SUITE 250
FRESNO, CALIFORNIA 93720-2952
TELEPHONE 559-437-2860 ♦ FAX 559-705-1934

III. __THIS ACTION IS PROPERLY REMOVABLE ON THE BASIS OF COMPLETE__
    __DIVERSITY__

10.     This case is a civil action over which this Court had original jurisdiction under 28 U.S.C. § 1332(a) and is one that may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states where the amount in controversy exceeds the sum of $75,000, exclusive of interests and costs.

**Diversity of Citizenship**

11.     Upon information and belief, Plaintiff Reginald Vedrine is a citizen of the State of California. Attached hereto as **Exhibit "B"** is a true and correct copy of the Traffic Collision Report for the incident at issue in this action. The Traffic Collision Report identified Plaintiff as a California resident, domiciled at 4647 W. Hammond Avenue, Fresno, CA 93722.

12.     Defendant Marshall Anthony Smith is a citizen of the State of South Carolina. Attached hereto as **Exhibit "B"** is a true and correct copy of the Traffic Collision Report for the incident at issue in this action. The Traffic Collision Report identified Defendant as a South Carolina resident, domiciled at 160 Sunshine Ridge Road, Westminster, SC 29693.

13.     Defendant Swift Transportation of Arizona, LLC, is a foreign limited liability company organized under the laws of the State of Delaware with its principal place of business in the State of Arizona.

    a.     Defendant Swift Transportation of Arizona, LLC's sole member is Swift Transportation Co. LLC, a foreign limited liability company organized under the laws of the State of Delaware with its principal place of business in the State of Arizona.

    b.     Swift Transportation Co. LLC's sole member is Knight-Swift Transportation Holdings, Inc., a publicly traded corporation organized under the laws of the State of Delaware with its Principal Place of business in the State of Arizona. No publicly traded entity owns more than 10% of its stocks.

14.     The presence of DOE defendants in this case has no bearing on diversity with respect to removal.  28 U.S.C. § 1441(b) ("In determining whether a civil action is removable on

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7108 NORTH FRESNO STREET, SUITE 250
FRESNO, CALIFORNIA 93720-2952
TELEPHONE 559-437-2860 ♦ FAX 559-705-1934

the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded").

15.     Xerox Corporation has filed a Notice of Lien in the pending Superior Court action. Xerox Corporation is not a party to this action.  However, for the sake of completeness, Xerox is a corporation organized and existing under the laws of New York, having its principal place of business at 45 Glover Avenue, Norwalk, Connecticut.

**Amount in Controversy**

16.     Plaintiff seeks a monetary judgment against Defendant; however, Plaintiff did not expressly allege the amount in controversy on the face of his Complaint pursuant to C.C.P §425.10(b)

17.     However, Plaintiff has stated in writing that special damages are approximately $85,000 and has made a policy limit demand to Defendants.

18.     Defendant provides the following information only to demonstrate that the amount in controversy exceeds the minimum amount for removal based on diversity jurisdiction. Defendants make no admission of any liability or damages with respect to any aspect of this case, and reserve their rights to ultimately consent the property amount of damages due, if any, should Plaintiff prevail with respect to any of his claims.

**IV.   VENUE**

19.     Venue lies in the Eastern District pursuant to 28 U.S.C. §§ 84(c)(2), 1441(a) and 1446(a).  Neither Defendant Swift nor Defendant Smith are citizens of California.  As such, pursuant to Code Civ. Proc., § 395(a), this action was originally brought in the Superior Court of the State of California, County of Tulare.  ("If none of the defendants reside in the state…the action may be tried in the superior court in any county that the plaintiff may designate in his or her complaint").  The Superior Court in which this action was originally brought is geographically located within this Court's district.

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7108 NORTH FRESNO STREET, SUITE 250
FRESNO, CALIFORNIA 93720-2952
TELEPHONE 559-437-2860 ♦ FAX 559-705-1934

1   **V.      NOTICE TO STATE COURT**

2          20.     A true and correct copy of this Notice of Removal will be promptly served on

3   Plaintiff and filed with the Clerk of the Superior Court of the State of California, County of

4   Tulare, in accordance with 28 U.S.C. § 1446(d).

5   **VI.     CONCLUSION**

6          21.     The state court action is one within the diversity jurisdiction of the federal district

7   court and the action is removable to federal court under 28 U.S.C. § 1441(a) and (b).

8          22.     Removal is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is

9   filed within thirty days of service of process of the Complaint upon Defendant Swift.

10         23.     Therefore, Defendant Swift respectfully requests that the above action now pending

11  before the Superior Court of the State of California for the County of Tulare, be removed to this

12  Court.

13  DATED:  July19, 2022                    WOOD, SMITH, HENNING & BERMAN LLP

14

15                                  By:     /s/ Patrick S. Schoenburg

16                                          PATRICK S. SCHOENBURG
                                            Attorneys for Defendant Swift
17                                          Transportation of Arizona, LLC

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7108 NORTH FRESNO STREET, SUITE 250
FRESNO, CALIFORNIA 93720-2952
TELEPHONE 559-437-2860 ♦ FAX 559-705-1934

DEFENDANT SWIFT TRANSPORTATION OF ARIZONA, LLC'S NOTICE OF REMOVAL OF ACTION TO
FEDERAL COURT; DECLARATION OF PATRICK S. SCHOENBURG IN SUPPORT THEREOF

## <u>DECLARATION OF PATRICK S. SCHOENBURG</u>

I, Patrick S. Schoenburg, declare as follows:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California.  I am a partner with Wood, Smith, Henning & Berman LLP, attorneys of record for Defendant Swift Transportation of Arizona, LLC.  I know the following facts to be true of my own knowledge, and if called to testify, I could competently do so.

2.      Attached hereto as **Exhibit "A"** is a true and correct copy of the Summons, Complaint, and Civil Cover Sheet, filed by Plaintiff.  These are the only pleadings and orders served upon Defendant Swift Transportation of Arizona, LLC. in this action to date.

3.      Attached hereto as **Exhibit "B"** is a true and correct copy of the Traffic Collision Report for the incident at issue in this action.  The Traffic Collision Report identified Plaintiff as a California resident, domiciled at 4647 W. Hammond Avenue, Fresno, CA 93722, and Defendant Marshall Anthony Smith as a South Carolina resident, domiciled at 160 Sunshine Ridge Road, Westminster, SC 29693.

4.      Defendant Swift Transportation Of Arizona, LLC is now, and was at the time of the filing of this action, a citizen of a State other than California within the meaning of 28 U.S.C. §1332.

5.      I have spoken with Defendant Marshall Anthony Smith and he has consented to this removal. Mr. Smith also confirmed that he is a resident of the State of South Carolina.

6.      Defendant Swift has previously received correspondence from Plaintiff stating that special damages are approximately $85,000 and making a policy limit demand.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of July, 2022, at Fresno, California.

*/s/ Patrick S. Schoenburg*
Patrick S. Schoenburg

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7108 NORTH FRESNO STREET, SUITE 250
FRESNO, CALIFORNIA 93720-2952
TELEPHONE 559-437-2860 ♦ FAX 559-705-1934

# EXHIBIT "A"

**PLD-PI-001**

Assigned to Judicial Officer
NATHAN D IDE
For All Purposes

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Simran Kaleka, Esq. [SBN 318841]
The Law Offices of Simran Kaleka, APC
8788 Shoreham Drive, Suite 10
West Hollywood, CA 90069

TELEPHONE NO.: (310) 850-1765   FAX NO. (Optional):
E-MAIL ADDRESS (Optional): simrankaleka1@gmail.com
ATTORNEY FOR (Name): Plaintiff

**FILED**
TULARE COUNTY SUPERIOR COURT
VISALIA DIVISION

FEB 04 2022

STEPHANIE CAMERON, CLERK
BY: ~~Farn Ching~~

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Tulare County
STREET ADDRESS: 221 South Mooney Blvd, Room 201
MAILING ADDRESS:
CITY AND ZIP CODE: Visalia, CA 93291
BRANCH NAME: Civil Division

PLAINTIFF: Reginald Vedrine, an individual

DEFENDANT: Swift Transportation of Arizona, LLC;
Marshall Anthony Smith, an individual; and
[X] DOES 1 TO 20, inclusive

**COMPLAINT-Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** (Number):

**Type** (check all that apply):
[X] MOTOR VEHICLE   [ ] OTHER (specify):
  [X] Property Damage   [ ] Wrongful Death
  [X] Personal Injury   [ ] Other Damages (specify):

**CASE MANAGEMENT CONFERENCE**
Hearing Date: 6-15-2022
Time: 8:30 am
Department: 2

**Jurisdiction** (check all that apply):
[ ] **ACTION IS A LIMITED CIVIL CASE**
  Amount demanded [ ] does not exceed $10,000
     [ ] exceeds $10,000, but does not exceed $25,000
[X] **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)
[ ] **ACTION IS RECLASSIFIED** by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER:
# 290343

1. **Plaintiff** (name or names): Reginald Vedrine, an individual

alleges causes of action against **defendant** (name or names): Swift Transportation of Arizona, LLC; Marshall Anthony Smith, an individual; and DOES 1-20, inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
CEB
ceb.com
Essential Forms
ceb.com

**COMPLAINT-Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Vedrine, Reginald

COPY

FILED BY FAX

| | |
|---|---|
| SHORT TITLE: Reginald Vedrine v. Swift Transportation; et al | CASE NUMBER: |

**PLD-PI-001**

4. ☐ Plaintiff (name):

   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ **except** defendant (name):
      Swift Transportation of Arizona, LLC
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ **except** defendant (name):

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ **except** defendant (name):

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ **except** defendant (name):

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. ☒ Doe defendants (specify Doe numbers): 1 to 20, inclusive were the agents or employees of other named defendants and acted within the scope of that agency or employment.

   b. ☒ Doe defendants (specify Doe numbers): 1 to 20, inclusive are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because

   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, **and**

   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because (specify):

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

CEB® Essential Forms
ceb.com

Vedrine, Reginald

| SHORT TITLE: | CASE NUMBER |
| --- | --- |
| Reginald Vedrine v. Swift Transportation; et al | |

10.   The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
  a.   ☒  Motor Vehicle
  b.   ☒  General Negligence
  c.   ☐  Intentional Tort
  d.   ☐  Products Liability
  e.   ☐  Premises Liability
  f.   ☐  Other *(specify)* :

11.   Plaintiff has suffered
  a.   ☒  wage loss
  b.   ☒  loss of use of property
  c.   ☒  hospital and medical expenses
  d.   ☒  general damage
  e.   ☒  property damage
  f.   ☒  loss of earning capacity
  g.   ☒  other damage *(specify)* :
        For such other relief that the Court finds just and proper.

12.   ☐  The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
  a.   ☐  listed in Attachment 12.
  b.   ☐  as follows:

13.   The relief sought in this complaint is within the jurisdiction of this court.

14.   **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a.   (1) ☒  compensatory damages
        (2) ☐  punitive damages
        The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
        (1) ☒  according to proof
        (2) ☐  in the amount of: $

15.   ☐  The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: February 3, 2022

Simran Kaleka, Esq.
_____
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

CEB® Essential
ceb.com  Forms®

Vedrine, Reginald

PLD-PI-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Reginald Vedrine v. Swift Transportation; et al | |

Second _____ **CAUSE OF ACTION**- **Motor Vehicle**
(number)

ATTACHMENT TO [X] Complaint ☐ Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: Reginald Vedrine, an individual

MV-1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date)*: February 7, 2020
at *(place)*: State Route 99 S/B 1 Mile North of Avenue 76 in Tulare, CA

MV-2. DEFENDANTS
a. [X] The defendants who operated a motor vehicle are *(names)*:
Marshall Anthony Smith, an individual

[X] Does 1 to 20, inclusive

b. [X] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names)*: Swift Transportation of Arizona, LLC

☐ Does _____ to _____

c. [X] The defendants who owned the motor vehicle which was operated with their permission are *(names)*:
Swift Transportation of Arizona, LLC

[X] Does 1 to 20, inclusive

d. ☐ The defendants who entrusted the motor vehicle are *(names)*:

☐ Does _____ to _____

e. ☐ The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:

☐ Does _____ to _____

f. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
☐ listed in Attachment MV-2f ☐ as follows:

[X] Does 1 to 20, inclusive

**Page** 5 ___

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION - Motor Vehicle**

Code of Civil Procedure § 425.12
www.courtinfo.ca.gov

CEB®
ceb.com   Essential Forms

Vedrine, Reginald

| SHORT TITLE: | Case 1:22-cv-00902-AWI-EPG   Document 1   Filed 07/19/22   Page 12 of 31 |
|---|---|
| Reginald Vedrine v. Swift Transportation; et al | CASE NUMBER: |

<u>First</u>       **CAUSE OF ACTION**- General Negligence    Page <u>4</u>
(number)

ATTACHMENT TO [X] Complaint   ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Reginald Vedrine, an individual

            alleges that defendant *(name)*: Swift Transportation of Arizona, LLC; Marshall Anthony Smith, an individual; and DOES 1 to 20, inclusive

      [X] Does    <u>1</u>    to <u>20</u>, inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: February 7, 2020
at *(place)*: State Route 99 S/B 1 Mile North of Avenue 76 in Tulare County

*(description of reasons for liability)* :
On or about February 7, 2020, Plaintiff Reginald Vedrine was travelling Southbound on the 99 State Route Highway in the city of Tulare, CA, when a vehicle owned by Defendant Swift Transportation of Arizona, LLC and driven by Defendant Marshall Anthony Smith, was also travelling southbound on the 99 State Route Highway, swerved into Plaintiff's lane and struck the right side of Plaintiff's vehicle, resulting in injuries and damages to Plaintiff.

Defendants Swift Transportation of Arizona, LLC; Marshall Anthony Smith and DOES 1 to 20, inclusive, negligently operated his motor vehicle by, inclusing but not limited to, failing to keeo a proper look out for other vehicles, including Plaintiff's vehicle. Defendants Swift Transportation of Arizona, LLC; Marshall Anthony Smith and DOES 1 to 20, inclusive, violated the applicable California Vehicle Code Section 21658(a), by making an unsafe lane change.

As a direct and proximate result of the acts and ommissions of the Defendants and DOES 1 to 20, inclusive, Plaintiff received severe injuries to his body and shock and injuries to his nervous system, all of which caused and continue to cause him severe pain and discomfort, and Plaintiff is informed and believes, and based upon such information and belief, alleges that he will in the future suffer severe mental, physical, and nervous pain and suffering, all to his general damage in a sum according to proof at the time of trial.

As a direct and proximate result of the acts and omissions of the DEfendants and DOES 1 to 20, inclusive, and the injuries resulting therefore, Plaintiff necessarily employed physicians and surgeons for medical examinations, treatment, and care for these injuries, and incurred medical and incidental expenses. Plaintiff will also have to incur additional like expenses in the future, all in the amounts presently unknown to him. Plaintiff therefore asks leave of the Court either to amend this complaint to show the amount of his medical expenses, when ascertained, or to prove the amount at trial.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
CEB® Essential Forms
ceb.com Forms™

**CAUSE OF ACTION**- General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

Vedrine, Reginald

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Simran Kaleka, Esq. [318841]<br>The Law Offices of Simran Kaleka, APC<br>8788 Shoreham Drive, Suite 10<br>West Hollywood, CA 90069<br>  TELEPHONE NO.: (310)850-1765  FAX NO. *(Optional)*:<br>  E-MAIL ADDRESS: Simrankaleka1@gmail.com<br>  ATTORNEY FOR *(Name)*: Plaintiff | **FILED**<br>TULARE COUNTY SUPERIOR COURT<br>VISALIA DIVISION<br><br>FEB 04 2022<br><br>STEPHANIE CAMERON, CLERK<br>BY:_____<br>**Farm Ching** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Tulare County
  STREET ADDRESS: 221 South Mooney Blvd, Room 201
  MAILING ADDRESS: 221 South Mooney Blvd, Room 201
  CITY AND ZIP CODE: Visalia, CA 93291
  BRANCH NAME: Civil Division

CASE NAME: Reginald Vedrine v. Swift Transportation; et al

| CIVIL CASE COVER SHEET<br>[X] Unlimited    [ ] Limited<br>(Amount       (Amount<br>demanded     demanded is<br>exceeds $25,000)   $25,000 or less) | Complex Case Designation<br>[ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br># 290343<br>JUDGE:<br>DEPT.: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[X] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is   [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
  a. [ ] Large number of separately represented parties
  b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
  c. [ ] Substantial amount of documentary evidence
  d. [ ] Large number of witnesses
  e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
  f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*: (1) General Negligence (2) Motor Vehicle
5. This case [ ] is   [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: February 3, 2022

Simran Kaleka, Esq.
_____
(TYPE OR PRINT NAME)           ▶        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. September 1, 2021] | [CEB] Essential<br>ceb.com [c]Forms | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov |
|---|---|---|---|

Vedrine, Reginald

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late Claim
  Other Civil Petition

CEB | Essential
ceb.com | Forms

**CIVIL CASE COVER SHEET**

Vedrine, Reginald

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Swift Transportation of Arizona, LLC; Marshall
Anthony Smith, an individual; and DOES 1-20 inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**

*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Reginald Vedrine, an individual

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* <br> Tulare County Superior Court <br> 221 South Mooney Blvd, Room 201 <br> Visalia, CA 93291 | CASE NUMBER <br> *(Número del Caso):* <br> # 290343 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Simran Kaleka, Esq. (SBN 318841) THE LAW OFFICES OF SIMRAN KALEKA, APC
8788 Shoreham Drive, Suite 10 (310)850-1765
West Hollywood, CA 90069

DATE: **FEB 0 4 2022**                     Clerk, by *Stephanie Cameron* (Secretario)                     , Deputy
*(Fecha)*                                                                                                        *(Adjunto)*

**Farm Ching**

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
             ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL] COURT SEAL

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

CEB | Essential Forms
ceb.com

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

FILED BY FAX

COPY

Vedrine, Reginald

# EXHIBIT "B"

| SPECIAL CONDITIONS | NUMBER INJURED | HIT & RUN FELONY | CITY UNINCORPORATED | | JUDICIAL DISTRICT PORTERVILLE SUPERIOR | LOCAL REPORT NUMBER 9480-2020-00225 |
|---|---|---|---|---|---|---|
| | 1 | HIT & RUN MISDEMEANOR | COUNTY TULARE | | REPORTING DISTRICT | BEAT 095 | DAY OF WEEK FRIDAY | TOW AWAY ☑ YES ☐ NO |
| | 0 | | | | | | |

**LOCATION**

| COLLISION OCCURRED ON: STATE ROUTE 99 S/B | | | MO 02 | DAY 07 | YEAR 2020 | TIME (2400) 1010 | NCIC # 9480 | OFFICER I.D. 017778 |
|---|---|---|---|---|---|---|---|---|
| MILEPOST INFORMATION: | | | GPS COORDINATES | LATITUDE 35.94254° | | LONGITUDE – 119.28766° | PHOTOGRAPHS BY: ☑ | NONE |
| AT INTERSECTION WITH: ☑ OR: 1 MILE(S) NORTH OF AVENUE 76 | | | | | | STATE HWY REL ☑ YES ☐ NO | | |

| PARTY 1 | DRIVER'S LICENSE NUMBER D8405071 | STATE CA | CLASS C | AIR BAG P | SAFETY EQUIP. G | VEH YEAR 2015 | MAKE / MODEL / COLOR ISUZ SPARTAN WHI | | LICENSE NUMBER 22986Z1 | STATE CA |
|---|---|---|---|---|---|---|---|---|---|---|
| DRIVER ☑ | NAME (FIRST, MIDDLE, LAST) REGINALD JOSEPHMARY MONDE VEDRINE | | | | | OWNER'S NAME ☐ SAME AS DRIVER ZOOM IMAGING SOLUTIONS | | | | |
| PEDESTRIAN | STREET ADDRESS 4647 W. HAMMOND AVENUE | | | | | OWNER'S ADDRESS ☐ SAME AS DRIVER 1326 N. MARKET BLVD. SACRAMENTO CA 95834 | | | | |
| PARKED VEHICLE | CITY / STATE / ZIP FRESNO | | CA | 93722 | | DISPOSITION OF VEHICLE ON ORDERS OF: ☑ OFFICER ☐ DRIVER ☐ OTHER MC & SONS TOWING – (559)757-3870 | | | | |
| BICYCLIST | SEX M | HAIR BLK | EYES BRN | HEIGHT 6-00 | WEIGHT 352 | BIRTHDATE MO 03 DAY 13 YEAR 1982 | RACE B | PRIOR MECH. DEFECTS ☑ NONE APP. ☐ REFER TO NARRATION | | | |
| OTHER | HOME PHONE (559)405-1590 | | | BUSINESS PHONE NONE | | | | VEHICLE IDENTIFICATION NUMBER: 54DC4W1B7FS806639 | | |
| | INSURANCE CARRIER HARTFORD FIRE INS. CO. | | | POLICY NUMBER 20CSES24103 | | VEHICLE TYPE 26 | DESCRIBE VEHICLE DAMAGE ☐ UNK ☐ MINOR ☐ NONE ☐ MAJOR ☑ MODER ☐ ROLL-OVER | | SHADE IN DAMAGED AREA XXXXXXX XXXX XXX | |
| DIR OF TRAVEL S | ON STREET OR HIGHWAY STATE ROUTE 99 | | | | SPEED LIMIT 70 | CA 367308 CAL-T | DOT TCPIPSC | MC/MX | | |

| PARTY 2 | DRIVER'S LICENSE NUMBER 101078679 | STATE SC | CLASS F | AIR BAG P | SAFETY EQUIP. G | VEH YEAR 2019 | MAKE / MODEL / COLOR KENW TRUCK TRACTOR. BRN | | LICENSE NUMBER 2554500 | STATE IN |
|---|---|---|---|---|---|---|---|---|---|---|
| DRIVER ☑ | NAME (FIRST, MIDDLE, LAST) MARSHALL ANTHONY SMITH | | | | | 2011 | WABA ENCLOSED BOX WHI | | P262875 | IN |
| PEDESTRIAN | STREET ADDRESS 160 SUNSHINE RIDGE ROAD | | | | | OWNER'S NAME ☐ SAME AS DRIVER SWIFT TRANSPORTATION OF ARIZONA LLC | | | | |
| PARKED VEHICLE | CITY / STATE / ZIP WESTMINSTER | | SC | 29693 | | OWNER'S ADDRESS ☐ SAME AS DRIVER 6500 W. INDUSTRIAL WAY GARY IN 46406 | | | | |
| BICYCLIST | SEX M | HAIR BRN | EYES BLU | HEIGHT 5-11 | WEIGHT 170 | BIRTHDATE MO 01 DAY 31 YEAR 1991 | RACE W | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☑ DRIVER ☐ OTHER DRIVEN AWAY | | | |
| OTHER | HOME PHONE (864)280-3385 | | | BUSINESS PHONE (800)467-6017 | | PRIOR MECHANICAL DEFECTS ☑ NONE APP. ☐ REFER TO NARRATION | | | | |
| | INSURANCE CARRIER TRANSTAR | | | POLICY NUMBER RRG13681819 | | VEHICLE IDENTIFICATION NUMBER: 1XKYD49X0KJ256395 | | | | |
| | | | | | | VEHICLE TYPE 25 | 31 | DESCRIBE VEHICLE DAMAGE ☐ UNK ☐ MINOR ☑ NONE ☐ MAJOR ☐ MODER ☐ ROLL-OVER | | SHADE IN DAMAGED AREA | |
| DIR OF TRAVEL S | ON STREET OR HIGHWAY STATE ROUTE 99 | | | | SPEED LIMIT 55 | CA CAL-T | DOT 054283 TCPIPSC | MC/MX | | |

| PARTY 3 | DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE / MODEL / COLOR | | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|---|---|
| DRIVER ☐ | NAME (FIRST, MIDDLE, LAST) | | | | | OWNER'S NAME ☐ SAME AS DRIVER | | | | |
| PEDESTRIAN | STREET ADDRESS | | | | | OWNER'S ADDRESS ☐ SAME AS DRIVER | | | | |
| PARKED VEHICLE | CITY / STATE / ZIP | | | | | DISPOSITION OF VEHICLE ON ORDERS OF: ☐ OFFICER ☐ DRIVER ☐ OTHER | | | | |
| BICYCLIST | SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE MO DAY YEAR | RACE | PRIOR MECHANICAL DEFECTS ☐ NONE APP. ☐ REFER TO NARRATION | | | |
| OTHER | HOME PHONE | | | BUSINESS PHONE | | VEHICLE IDENTIFICATION NUMBER: | | | | |
| | INSURANCE CARRIER | | | POLICY NUMBER | | VEHICLE TYPE | DESCRIBE VEHICLE DAMAGE ☐ UNK ☐ NONE ☐ MINOR ☐ MOD ☐ MAJOR ☐ ROLL-OVER | | SHADE IN DAMAGED AREA | |
| DIR OF TRAVEL | ON STREET OR HIGHWAY | | | | SPEED LIMIT | CA CAL-T | DOT TCPIPSC | MC/MX | | |

| PREPARER'S NAME JEREMY M GROVE 017778 | DISPATCH NOTIFIED ☑ YES ☐ NO ☐ N/A | REVIEWER'S NAME MICHAEL MCWAIN 013914 | DATE REVIEWED 02/11/2020 |
|---|---|---|---|

AN INTERNATIONALLY ACCREDITED AGENCY

# TRAFFIC COLLISION CODING

CHP 555 CARS PAGE2 (REV. 04-11) OPI 060 — PAGE 2 OF 13

| DATE OF COLLISION (CCYY MM DD) | | | | | | NUMBER |
|---|---|---|---|---|---|---|
| 02/07/2020 | 1010 | 9480 | | 017778 | | 9480-2020-00225 |

| PROPERTY DAMAGE | OWNER'S NAME | CALTRANS | | OWNER ADDRESS | 1352 W. OLIVE FRESNO, CA 93728 | NOTIFIED ☒ YES ☐ NO |
|---|---|---|---|---|---|---|
| | DESCRIPTION OF DAMAGE | APPROXIMATELY 20 FEET OF DAMAGED WOOD/METAL GUARDRAIL. | | | | |

## SEATING POSITION

```
        ∧
   1  2  3
   4  5  6
      7
```

1 - DRIVER
2 TO 6 - PASSENGERS
7 - STATION WAGON REAR
0 - REAR, OCC 1 RH, OR VAN
9 - POSITION UNKNOWN
0 - OTHER

## SAFETY EQUIPMENT

### OCCUPANTS
A - NONE IN VEHICLE
B - UNKNOWN
C - LAP BELT USED
D - LAP BELT NOT USED
E - SHOULDER HARNESS USED
F - SHOULDER HARNESS NOT USED
G - LAP/SHOULDER HARNESS USED
H - LAP/SHOULDER HARNESS NOT USED
I - PASSIVE RESTRAINT USED
K - PASSIVE RESTRAINT NOT USED
P - NOT REQUIRED

### CHILD RESTRAINT
Q - IN VEHICLE USED
R - IN VEHICLE NOT USED
S - IN VEHICLE USE UNKNOWN
T - IN VEHICLE IMPROPER USE
U - NONE IN VEHICLE

### M/C BICYCLE HELMET
| | DRIVER | PASSENGER |
|---|---|---|
| V - NO | | X - NO |
| W - YES | | Y - YES |

### AIR BAG
B - UNKNOWN
L - AIR BAG DEPLOYED
M - AIR BAG NOT DEPLOYED
N - OTHER
P - NOT REQUIRED

### EJECTED FROM VEHICLE
0 - NOT EJECTED
1 - FULLY EJECTED
2 - PARTIALLY EJECTED
3 - UNKNOWN

## INATTENTION CODES
A - CELL PHONE HANDHELD
B - CELL PHONE HANDSFREE
C - ELECTRONIC EQUIPMENT
D - RADIO / CD
E - SMOKING
F - EATING
G - CHILDREN
H - ANIMALS
I - PERSONAL HYGIENE
J - READING
K - OTHER

**ITEMS MARKED BELOW FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE.**

### PRIMARY COLLISION FACTOR
LIST NUMBER (#) OF PARTY AT FAULT

X | A 21668(A) [VC SECTION VIOLATED] [CELL] [☐ INC]
B | [OTHER IMPROPER DRIVING*] [☐ INC]
C - OTHER THAN DRIVER*
D - UNKNOWN*

### WEATHER (MARK 1 TO 2 ITEMS)
X | A CLEAR
B CLOUDY
C RAINING
D SNOWING
E FOG / VISIBILITY ___ FT.
F OTHER *
G WIND

### LIGHTING
X | A DAYLIGHT
B DUSK - DAWN
C DARK - STREET LIGHTS
D DARK - NO STREET LIGHTS
E DARK - STREET LIGHTS NOT FUNCTIONING*

### ROADWAY SURFACE
X | A DRY
B WET
C SNOWY - ICY
D SLIPPERY (MUDDY, OILY, ETC.)

### ROADWAY CONDITION(S)
(MARK 1 TO 2 ITEMS)
A HOLES, DEEP RUT*
B LOOSE MATERIAL ON ROADWAY*
C OBSTRUCTION ON ROADWAY*
D CONSTRUCTION - REPAIR ZONE
E REDUCED ROADWAY WIDTH
F FLOODED*
G OTHER*
X | H NO UNUSUAL CONDITIONS

### TRAFFIC CONTROL DEVICES
| | | 1 | 2 | 3 |
|---|---|---|---|---|
| A | CONTROLS FUNCTIONING | | | |
| B | CONTROLS NOT FUNCTIONING* | | | |
| C | CONTROLS OBSCURED | | | |
| x | D NO CONTROLS PRESENT / FACTOR* | x | x | |

### TYPE OF COLLISION
| | | | | |
|---|---|---|---|---|
| A | HEAD - ON | | | |
| x | B SIDE SWIPE | | | |
| C | REAR END | | | |
| D | BROADSIDE | | | |
| E | HIT OBJECT | | | |
| F | OVERTURNED | | | |
| G | VEHICLE / PEDESTRIAN | | | |
| H | OTHER* | | | |

### MOTOR VEHICLE INVOLVED WITH
| | | 1 | 2 | 3 |
|---|---|---|---|---|
| A | NON - COLLISION | | | |
| B | PEDESTRIAN | | | |
| x | C OTHER MOTOR VEHICLE | | | |
| D | MOTOR VEHICLE ON OTHER ROADWAY | | | |
| E | PARKED MOTOR VEHICLE | | | |
| F | TRAIN | | | |
| G | BICYCLE | | | |
| H | ANIMAL | | | |
| I | FIXED OBJECT | | | |
| J | OTHER OBJECT | | | |

### PEDESTRIAN'S ACTIONS
| | | | | |
|---|---|---|---|---|
| x | A NO PEDESTRIANS INVOLVED | | | |
| B | CROSSING IN CROSSWALK - AT INTERSECTION | | | |
| C | CROSSING IN CROSSWALK - NOT AT INTERSECTION | | | |
| D | CROSSING - NOT IN CROSSWALK | | | |
| E | IN ROAD - INCLUDES SHOULDER | | | |
| F | NOT IN ROAD | x | x | |
| G | APPROACHING / LEAVING SCHOOL BUS | | | |

### SPECIAL INFORMATION
| | | 1 | 2 | 3 |
|---|---|---|---|---|
| A | HAZARDOUS MATERIAL | | | |
| B | CELL PHONE HANDHELD IN USE | | | |
| C | CELL PHONE HANDSFREE IN USE | | | |
| x | D CELL PHONE NOT IN USE | x | x | |
| E | SCHOOL BUS RELATED | | | |
| F | 76 FT MOTORTRUCK COMBO | | | |
| G | 32 FT TRAILER COMBO | | | |
| H | SIDESHOW | | | |
| I | STREET RACING | | | |
| J | | x | x | |
| K | | | | |
| L | | | | |
| M | | | | |
| N | | | | |
| O | | | | |

### OTHER ASSOCIATED FACTORS
(MARK 1 TO 2 ITEMS)
| | | 1 | 2 | 3 |
|---|---|---|---|---|
| A | VC SECTION VIOLATED [☐ CITED ☐ INC] | | | |
| B | VC SECTION VIOLATED [☐ CITED ☐ INC] | | | |
| C | VC SECTION VIOLATED [☐ CITED ☐ INC] | | | |
| D | | x | x | |
| E | VISION OBSCUREMENT | | | |
| F | INATTENTION* | | | |
| G | STOP & GO TRAFFIC | | | |
| H | ENTERING / LEAVING RAMP | | | |
| I | PREVIOUS COLLISION | | | |
| J | UNFAMILIAR WITH ROAD | | | |
| K | DEFECTIVE VEH. EQUIP. [☐ CITED ☐ INC] | | | |
| L | UNINVOLVED VEHICLE | | | |
| M | OTHER* | | | |
| N | NONE APPARENT* | | | |
| O | RUNAWAY VEHICLE | | | |

### MOVEMENT PRECEDING COLLISION
| | | 1 | 2 | 3 |
|---|---|---|---|---|
| A | STOPPED | | | |
| B | PROCEEDING STRAIGHT | | | |
| C | RAN OFF ROAD | | | |
| D | MAKING RIGHT TURN | | | |
| E | MAKING LEFT TURN | | | |
| F | MAKING U TURN | | | |
| G | BACKING | | | |
| H | SLOWING / STOPPING | | | |
| I | PASSING OTHER VEHICLE | | | |
| J | CHANGING LANES | x | x | |
| K | PARKING MANEUVER | | | |
| L | ENTERING TRAFFIC | | | |
| M | OTHER UNSAFE TURNING | | | |
| N | XING INTO OPPOSING LANE | | | |
| O | PARKED | | | |
| P | MERGING | | | |
| Q | TRAVELING WRONG WAY | | | |
| R | OTHER* | | | |

### SOBRIETY - DRUG PHYSICAL
(MARK 1 TO 2 ITEMS)
| | | 1 | 2 | 3 |
|---|---|---|---|---|
| A | HAD NOT BEEN DRINKING | x | x | |
| B | HBD - UNDER INFLUENCE | | | |
| C | HBD - NOT UNDER INFLUENCE* | | | |
| D | HBD - IMPAIRMENT UNKNOWN* | | | |
| E | UNDER DRUG INFLUENCE* | | | |
| F | IMPAIRMENT - PHYSICAL* | | | |
| G | IMPAIRMENT NOT KNOWN | | | |
| H | NOT APPLICABLE | | | |
| I | SLEEPY / FATIGUED* | | | |

## SKETCH

FOR SKETCH DIAGRAM, SEE PAGE 4

(INDICATE NORTH)

### MISCELLANEOUS
THE R/O OF V-2'S TRAILER IS THE SAME AS V-2.

AN INTERNATIONALLY ACCREDITED AGENCY

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
INJURED / WITNESSES / PASSENGERS
CHP 555 CARS PAGE 3 (REV 7-16) OPI 060

CASE ES22-cv-00902-AWI-EPG   Document 1   Filed 07/19/22   Page 19 of 31   PAGE 3 OF 13

| DATE OF COLLISION (MO. DAY YEAR) | | TIME (2400) | NCIC # | | OFFICER I.D. | | NUMBER |
| 02/07/2020 | | 1010 | 9480 | | 017778 | | 9480-2020-00225 |

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | EXTENT OF INJURY ('X' ONE) | | | | | INJURED WAS ('X' ONE) | | | | | INJURY NUMBER | SEAT POS. | AIR BAG | SAFETY EQUIP. | EJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FATAL INJURY | SUSPECTED SERIOUS INJURY | SUSPECTED MINOR INJURY | POSSIBLE INJURY | | DRIVER | PASS. | PED. | BICYCLIST | OTHER | | | | | |
| ☐ # | ☐ | 37 | M | ☐ | ☐ | ☒ | ☐ | | ☒ | ☐ | ☐ | ☐ | ☐ | 1 | 1 | P | G | 0 |

NAME / D.O.B. / ADDRESS
REGINALD JOSEPHMARY MONDE VEDRINE (03/13/1982) 4647 W. HAMMOND AVENUE FRESNO CA 93722

TELEPHONE
(559)488-1590

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |
| LIFESTAR AMBULANCE SERVICE | 6664 | DELANO REGIONAL MEDICAL CENTER |

DESCRIBE INJURIES:   COMPLAINT OF PAIN TO NECK.

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☒ | 47 | M | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | 2 | 0 | P | P | 0 |

NAME / D.O.B. / ADDRESS
RYAN ERIC TURNER (10/05/1972) 103 2ND STREET QUITMAN GA 31643

TELEPHONE
(229)460-6068

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |

NAME / D.O.B. / ADDRESS

TELEPHONE

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |

NAME / D.O.B. / ADDRESS

TELEPHONE

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |

NAME / D.O.B. / ADDRESS

TELEPHONE

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |

NAME / D.O.B. / ADDRESS

TELEPHONE

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| PREPARER'S NAME | I.D. NUMBER | MO.  DAY  YEAR | REVIEWER'S NAME | MO.  DAY  YEAR |
| JEREMY M GROVE | 017778 | 02/07/2020 | MICHAEL MCWAIN 013914 | 02/11/2020 |

AN INTERNATIONALLY ACCREDITED AGENCY

STATE OF CALIFORNIA
**SKETCH DIAGRAM**
CHP 555 Page 4(Rev. 04-11) OPI 060

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/07/2020 | 1010 | 9480 | 017778 | 9480-2020-00225 |

ALL MEASUREMENTS ARE APPROXIMATE AND NOT TO SCALE UNLESS STATED (SCALE= )

# STATE ROUTE 99 S/B





| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| JEREMY M GROVE | 017778 | 02/07/2020 | MICHAEL MCWAIN 013914 | 02/11/2020 |

STATE OF CALIFORNIA
**FACTUAL DIAGRAM**

CHP 555 Page 4(Rev. 04-11) OPI 060

PAGE 5 OF 13

| DATE OF INCIDENT 02/07/2020 | TIME 1010 | NCIC NUMBER 9480 | OFFICER I.D. 017778 | NUMBER 9480-2020-00225 |
|---|---|---|---|---|

ALL MEASUREMENTS ARE APPROXIMATE AND NOT TO SCALE UNLESS STATED (SCALE= )

# STATE ROUTE 99 S/B

***V-2 WAS MOVED PRIOR TO ARRIVAL.***



| PREPARED BY JEREMY M GROVE | I.D. NUMBER 017778 | DATE 02/07/2020 | REVIEWER'S NAME MICHAEL MCWAIN 013914 | DATE 02/11/2020 |
|---|---|---|---|---|

STATE OF CALIFORNIA
NARRATIVE/SUPPLEMENTAL

PAGE 6 OF 13

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/07/2020 | 1010 | 9480 | 017778 | 9480-2020-00225 |

1 **STATION LINE:**

2

3 A station line was established using the east roadway edge line of State Route 99 southbound.

4 Station 0+00 was located approximately .5 miles north of the north edge of the Avenue 80

5 pedestrian overcrossing. Numbers increase in value in a southerly direction. Measurements were

6 taken at right angles to the station line. Measurements were taken by roll meter and visual

7 estimation.

8

9 **PHYSICAL EVIDENCE:**

10

11 Item #1 – Path of disturbed dirt

12        Begin – 4 feet east of station 0+30

13        End – 33 feet east of station 1+00

14

15 Item #2 – Vehicle debris field, approximately 20' x 20', measured from center

16        -    35 feet east of station 1+20

17

18 **VEHICLE POINTS OF REST:**

19

20 Vehicle #1 (V-1) (Isuzu) – located high sided on the guardrail:

21        L/R wheel – 31 feet east of station 1+12

22        L/F wheel – 31 feet left of station 1+00

23

24 Vehicle #2 (V-2) (Kenworth) – was moved prior to CHP arrival.

25

26 **SEE FACTUAL DIAGRAM FOR VISUAL REFERENCE.**

27

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| JEREMY M GROVE | 017778 | 02/07/2020 | MICHAEL MCWAIN 013914 | 02/11/2020 |

STATE OF CALIFORNIA

**NARRATIVE/SUPPLEMENTAL**

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/07/2020 | 1010 | 9480 | 017778 | 9480-2020-00225 |

1 **FACTS**

2

3 **NOTIFICATION:**

4

5 I monitored a radio call of a crash with an ambulance responding at approximately 1015 hours. I

6 responded from the Tulare County Superior Court in Porterville, located at 300 E. Olive Avenue,

7 and arrived on scene at approximately 1045 hours to find a crash with minor injuries reported. All

8 times, speeds, and measurements are approximate. All measurements were taken by visual

9 estimation, vehicle odometer, and roll meter.

10

11 **SCENE DESCRIPTION:**

12

13 This crash occurred on State Route 99 southbound, north of the Avenue 76 undercrossing, within

14 an unincorporated area of Tulare County. There are two 12-foot-wide southbound traffic lanes

15 separated by painted broken white lines. The west side of the roadway is bordered by a solid

16 painted white line, a 10-foot-wide asphalt shoulder, and a large dirt shoulder area. The east side

17 of the roadway is bordered by a painted solid yellow line, a 4-foot-wide asphalt center median with

18 rumble strip, a 29-foot-wide center median composed of dirt and gravel, and a wood/metal

19 guardrail separating the northbound and southbound sides of the freeway. The roadway is

20 straight, level, and is composed of asphalt. The speed limit is a maximum 70 MPH.

21

22 See FACTUAL DIAGRAM for visual reference.

23

24

25

26

27

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| JEREMY M GROVE | 017778 | 02/07/2020 | MICHAEL MCWAIN<br>013914 | 02/11/2020 |

STATE OF CALIFORNIA
NARRATIVE/SUPPLEMENTAL                                         PAGE 8 OF 13

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/07/2020 | 1010 | 9480 | 017778 | 9480-2020-00225 |

1 **PARTIES:**

2

3 **Party #1 (P-1) (Vedrine)** was contacted at the scene by CHP Officer R. Robledo and was

4 transported to Delano Regional Hospital via ambulance prior to my arrival. He was initially located

5 still seated in the driver seat by Officer Robledo. P-1 was identified by his valid California Driver

6 License. P-1 reported a minor injury consisting of a complaint of pain to his neck. P-1 was placed

7 as the driver of Vehicle #1 (V-1) (Isuzu) by the following items:

8

9    -  Admission statements

10   -  Solo occupant

11

12 **Vehicle #1 (V-1) (Isuzu)** was located at the scene, high sided on top of the wood/metal guardrail

13 in the center median, facing in a northerly direction. V-1 sustained major damage consisting of a

14 warped and buckled rooftop, a broken windshield, dents to its left front-end, bent sideview mirrors,

15 and dents to both driver and passenger side doors. The enclosed box portion of V-1's trailer had

16 been completely demolished leaving V-1's trailer to appear as if it was a flatbed. No prior damage

17 was noted or claimed. A visual inspection of V-1's seatbelts showed that they were working

18 properly. V-1 was not equipped with airbags.

19

20 **Party #2 (P-2) (Smith)** was located at the scene standing next to his vehicle. P-2 was identified

21 by his valid commercial driver license out of South Carolina. P-2 reported no injuries. P-2 was

22 placed as the driver of Vehicle #2 (V-2) (Kenworth) by the following items:

23

24   -  Admission statements

25

26

27

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| JEREMY M GROVE | 017778 | 02/07/2020 | MICHAEL MCWAIN 013914 | 02/11/2020 |

STATE OF CALIFORNIA
NARRATIVE/SUPPLEMENTAL                                    PAGE 9 OF 13

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/07/2020 | 1010 | 9480 | 017778 | 9480-2020-00225 |

1 **PARTIES (CONTINUED):**

2

3 **Vehicle #2 (V-2) (Kenworth)** had been driven to the right shoulder of the freeway after the crash

4 and was found parked just north of the Avenue 80 off-ramp. V-2 sustained moderate damage to

5 its trailer consisting of scrapes to its left side above the rear axles, a bent left rear rim, a bent DOT

6 bar, and a broken left rear stop lamp. The entire right-side panel of V-1's enclosed box had

7 become detached and was wedged in between the left side panel of V-2's enclosed box and its

8 left side swing door, having broken completely through the hinges of the swing door. No prior

9 damage was noted or claimed by P-2. A visual inspection of V-2's seatbelts showed that they

10 were working properly. V-2 was not equipped with airbags.

11

12 **PHYSICAL EVIDENCE:**

13

14 The physical evidence consists of vehicle damage, V-1's (Isuzu) position of rest, damage to the

15 wood/metal guardrail, and a field of vehicle debris.

16

17 **STATEMENTS:**

18

19 P-1 (Vedrine) was contacted by CHP Officer R. Robledo and related he had been driving V-1

20 (Isuzu) southbound on State Route 99, in the #2 lane, at approximately 70 MPH. P-1 changed

21 lanes into the #1 lane and began to overtake V-2 (Kenworth). As he passed by V-2 on the left,

22 V-2's trailer shifted to the left, entering the #1 lane, and struck V-1's right side mirror. P-1 lost

23 control of V-1 as it swerved to the right into V-2's trailer. P-1 then let go of V-1's steering wheel.

24 V-1 traveled to the left, into the center median, and struck the guardrail.

25

26

27

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| JEREMY M GROVE | 017778 | 02/07/2020 | MICHAEL MCWAIN 013914 | 02/11/2020 |

STATE OF CALIFORNIA
NARRATIVE/SUPPLEMENTAL

PAGE 10 OF 13

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/07/2020 | 1010 | 9480 | 017778 | 9480-2020-00225 |

1 **STATEMENTS (CONTINUED):**

2

3 P-2 (Smith) related he was driving V-2 southbound on State Route 99, in the #2 lane, at 55 MPH.

4 P-2 was completing a "visual scan" of the roadway ahead and through V-2's sideview mirrors. P-2

5 saw V-1 in the #1 lane near the left rear of V-2. V-1 was starting to overtake V-2. For no apparent

6 reason, V-1 suddenly veered to the right, into the #2 lane, and struck the left side of V-2's trailer.

7 V-1 then swerved back to the left, into the center median, where it struck the guardrail.

8

9 Passenger Turner was contacted at the scene and advised he was in the sleeper berth of V-2 at

10 the time of the crash. Passenger Turner felt and heard the crash but did not see how it occurred.

11

12 **OPINIONS AND CONCLUSIONS**

13

14 **SUMMARY:**

15

16 This crash occurred on State Route 99 southbound, approximately 1 mile north of the Avenue 76

17 undercrossing, and .5 miles north of the Avenue 80 pedestrian overcrossing. P-1 (Vedrine) was

18 driving V-1 (Isuzu) southbound in the #1 lane, at approximately 70 MPH, overtaking V-2

19 (Kenworth) on the left. P-2 (Smith) was driving V-2 southbound in the #2 lane, at approximately

20 55 MPH, to the right of V-1. Either P-1 allowed V-1 to travel to the right, into the #2 lane which

21 was already occupied by V-2, or P-2 allowed V-2 to travel to the left, into the #1 lane which was

22 already occupied by V-1. As a result, the right side of V-1 struck the left side of V-2's trailer. V-1

23 then traveled out of control to the left, into the center median, where it struck the wood/metal

24 guardrail separating the northbound and southbound sides of the freeway. After the crash, V-1

25 came to rest high sided on top of the wood/metal guardrail in the center median, facing in a

26 northerly direction. P-2 drove V-2 to the right shoulder and parked just south of the V-1.

27

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| JEREMY M GROVE | 017778 | 02/07/2020 | MICHAEL MCWAIN 013914 | 02/11/2020 |

STATE OF CALIFORNIA
NARRATIVE/SUPPLEMENTAL

PAGE 11 OF 13

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 02/07/2020 | 1010 | 9480 | 017778 | 9480-2020-00225 |

1 **AREA OF IMPACT (AOI):**

2

3 **AOI #1 (V-1's right side vs V-2's left side)** was located 12 feet east of the west roadway edge of

4 State Route 99 southbound and .5 miles north of the north edge of the Avenue 80 pedestrian

5 overcrossing.

6

7 **AOI #2 (V-1 vs guardrail)** was located 33 feet east of the east roadway edge of State Route 99

8 southbound and .5 miles minus 100 feet north of the north edge of the Avenue 80 pedestrian

9 overcrossing.

10

11 The AOI's were based on statements, vehicle damage, guardrail damage, and V-1's (Isuzu)

12 position of rest.

13

14 **CAUSE:**

15

16 This crash was caused by driving in violation of 21658(a) V.C. – unsafe lane change.  Either P-1

17 (Vedrine) allowed V-1 (Isuzu) to travel to the right, into the #2 lane, striking V-2 (Kenworth), or P-2

18 (Smith) allowed V-2 to travel to the left, into the #1 lane, striking V-1.  As a result, V-1's right side

19 struck the left side of V-2's trailer.  V-1 then traveled out of control to the left, into the center

20 median, where it struck the guardrail.  Without an independent witness, the party at fault cannot

21 be determined.

22

23 The Cause was based on statements, vehicle damage, guardrail damage, and V-1's position of

24 rest.

25

26 **RECOMMENDATIONS:**

27

28 None

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| JEREMY M GROVE | 017778 | 02/07/2020 | MICHAEL MCWAIN 013914 | 02/11/2020 |

DEPARTAMENT OF CALIFORNIA HIGHWAY PATROL

# TRUCK / BUS ~~Case 1:22-cv-00902-AWI-EPG~~ Document 1   Filed 07/19/22   Page 28 of 31

CHP 555D (Rev. 1-07) OPI 062 | | | | 2

| DATE OF COLLISION | TIME (2400) | NCIC NUMBER | OFFICER I.D. NUMBER | NUMBER |
|---|---|---|---|---|
| 02/07/2020 | 1010 | 9480 | 017778 | 9480-2020-00225 |

GENERAL INSTRUCTIONS - COMPLETE THIS FORM FOR **EACH** QUALIFYING VEHICLE IF THE CRASH MEETS CRITERIA ON BACK OF THIS FORM.

## QUALIFYING INFORMATION

THIS FORM IS BEING COMPLETED BECAUSE THIS VEHICLE IS:

[x] A truck or truck combination > 10,000 lbs. GVWR / GCWR

[ ] A bus with seats for 9 or more persons, including driver

[ ] A vehicle of any type with a hazardous materials placard (includes auto, light truck, van, 10,000 lbs. or less)

TOTAL INVOLVED VEHICLES IN THE CRASH
2

NUMBER OF PERSONS SUSTAINING FATAL INJURIES
0

NUMBER OF INJURED PERSONS TRANSPORTED FOR IMMEDIATE MEDICAL TREATMENT
1

NUMBER OF VEHICLES TOWED FROM SCENE DUE TO DISABLING DAMAGE
1

AT THE TIME OF THE CRASH, THIS VEHICLE WAS

[x] Operating on a Trafficway open to the public (In-Transport)

[ ] Parked on or off the Trafficway

COMMERCIAL DRIVER LICENSE (CDL)
[x] Yes   [ ] No

CDL LICENSE CLASS (Check one)
[x] Class A   [ ] Class B   [ ] Class C   [ ] Class D   [ ] Class M

## VEHICLE INFORMATION

VEHICLE CONFIGURATION (Enter one code from below)
| 9 |

1 - Passenger Car (only if vehicle has Hazardous Materials Placard)
2 - Light Truck (Only if vehicle has Hazardous Materials Placard)
3 - Bus (seats for 9-15 people, including driver)
4 - Bus (seats for 16 people or more, including driver)
5 - Single-Unit Truck (2 axles, 6 tires)
6 - Single Unit Truck (3 or more axles)
7 - Truck / Trailer(s) (Single-Unit Truck with Trailer(s))
8 - Truck / Tractor (without trailer, bobtail, or saddlemount)
9 - Tractor / Semi-Trailer (one trailer)
10 - Tractor / Doubles (two trailers)
11 - Tractor / Triples (three trailers)
99 - Other Truck + 10,000 lbs. (not listed above)

GVWR / GCWR (Enter one code from below. Use GCWR for truck combinations)
| 3 |

1 - 10,000 lbs. or Less
2 - 10,001 - 26,000 lbs.
3 - Greater than 26,000 lbs

Bus Use (Enter one code from below)
| 0 |

0 - Not a Bus
1 - School (Public or Private)
2 - Transit
3 - Intercity
4 - Charter
5 - Other

CARGO BODY TYPE (Enter one code from below)
| 3 |

0 - Not Applicable / No Cargo Body
1 - Bus (seats for 9-15 people, including driver)
2 - Bus (seats for 16 people or more, including driver)
3 - Van / Enclosed Box
4 - Cargo Tank
5 - Flatbed
6 - Dump
7 - Concrete Mixer
8 - Auto Transporter
9 - Garbage / Refuse
10 - Grain, Chips, Gravel
11 - Pole
12 - Vehicle Towing Another Motor Vehicle
13 - Intermodal Chassis
14 - Logging
98 - Other Cargo Body (not listed above)

### HAZARDOUS MATERIALS INVOLVEMENT

DID THE VEHICLE HAVE A HAZ-MAT PLACARD?
[ ] Yes   [x] No

IF YES, INCLUDE THE FOLLOWING INFORMATION FROM THE PLACARD:

HM 4-Digit # or name Num diamond or box

HM Class # from bottom of diamond

Was Haz-Mat released from THIS vehicle's cargo?   [ ] Yes   [x] No

## MOTOR CARRIER INFORMATION

CHECK ONE

[x] Interstate Carrier   [ ] Intrastate Carrier   [ ] Not In Commerce - Government   [ ] Not In Commerce - Other Trucks (Over 10,000 lbs. GVWR / GCWR)

Carrier Name: Swift Transportation of Arizona LLC

Carrier Street Address (P.O. Box Only if no street address): 6500 W Industrial Way

City / State / ZIP Code: Gary, IN 46406

Phone Number: (800)467-6017

Carrier ID Number(s): NONE   USDOT# 054283   MC / MX #   State# CA

## SEQUENCE OF EVENTS

NOTE: FOR THIS VEHICLE, LIST UP TO FOUR EVENTS

Event 1: | 13 |   Event 2: | |   Event 3: | |   Event 4: | |

NON-COLLISIONS
1 Ran Off Road
2 Jackknife
3 Overturn (Rollover)
4 Downhill Runaway
5 Cargo Loss or Shift
6 Explosion or Fire
7 Separation of Units
8 Cross Median / Centerline

NON-COLLISIONS (Continued)
9 Equipment Failure (Tires, Brakes, Steering, etc.)
10 Other Non-Collision

COLLISION INVOLVING / WITH
12 Pedestrian
13 Motor Vehicle In-Transport
14 Parked Motor Vehicle

COLLISION INVOLVING / WITH (Continued)
15 Train
16 Pedalcycle
17 Animal
18 Fixed Object
19 Work Zone Maintenance Equipment
20 Other Moveable Object
98 Other (Describe)

| PREPARED BY | | REVIEWED BY | | DATE |
|---|---|---|---|---|
| Jeremy M Grove | 017778 | Michael McWain 013914 | | 02/11/2020 |

# TRUCK / BUS COLLISION SUPPLEMENTAL REPORT
CHP 555D (Rev. 1-07) OPI 062

| DATE OF COLLISION | TIME (2400) | NCIC NUMBER | OFFICER I.D. NUMBER | NUMBER |
|---|---|---|---|---|
| 02/07/2020 | 1010 | 9480 | 017778 | 9480-2020-00225 |

**GENERAL INSTRUCTIONS - COMPLETE THIS FORM FOR EACH QUALIFYING VEHICLE IF THE CRASH MEETS CRITERIA ON BACK OF THIS FORM.**

## QUALIFYING INFORMATION

THIS FORM IS BEING COMPLETED BECAUSE THIS VEHICLE IS:

[x] A truck or truck combination > 10,000 lbs. GVWR / GCWR

[ ] A bus with seats for 9 or more persons, including driver

[ ] A vehicle of any type with a hazardous materials placard (includes auto, light truck, van, 10,000 lbs. or less)

TOTAL INVOLVED VEHICLES IN THE CRASH
2

NUMBER OF PERSONS SUSTAINING FATAL INJURIES
0

NUMBER OF INJURED PERSONS TRANSPORTED FOR IMMEDIATE MEDICAL TREATMENT
1

NUMBER OF VEHICLES TOWED FROM SCENE DUE TO DISABLING DAMAGE
1

AT THE TIME OF THE CRASH, THIS VEHICLE WAS:

[x] Operating on a Trafficway open to the public (In-Transport)

[ ] Parked on or off the Trafficway

COMMERCIAL DRIVER LICENSE (CDL):
[ ] Yes  [x] No

CDL LICENSE CLASS (Check one):
[ ] Class A   [ ] Class B   [x] Class C   [ ] Class D   [ ] Class M

## VEHICLE INFORMATION

VEHICLE CONFIGURATION (Enter one code from below)
7

1 - Passenger Car (only if vehicle has Hazardous Materials Placard)
2 - Light Truck (Only if vehicle has Hazardous Materials Placard)
3 - Bus (seats for 9-15 people, including driver)
4 - Bus (seats for 16 people or more, including driver)
5 - Single-Unit Truck (2 axles, 6 tires)
6 - Single-Unit Truck (3 or more axles)
7 - Truck / Trailer(s) (Single-Unit Truck with Trailer(s))
8 - Truck / Tractor (without trailer; bobtail, or saddlemount)
9 - Tractor / Semi-Trailer (one trailer)
10 - Tractor / Doubles (two trailers)
11 - Tractor / Triples (three trailers)
99 - Other Truck > 10,000 lbs. (not listed above)

GVWR / GCWR (Enter one code from below. Use GCWR for truck combinations)
2

1 - 10,020 lbs. or Less
2 - 10,001 - 26,000 lbs.
3 - Greater than 26,000 lbs.

Bus Use (Enter one code from below)
0

0 - Not a Bus
1 - School (Public or Private)
2 - Transit
3 - Intercity
4 - Charter
5 - Other

CARGO BODY TYPE (Enter one code from below)
3

0 - Not Applicable / No Cargo Body
1 - Bus (seats for 9-15 people, including driver)
2 - Bus (seats for 16 people or more, including driver)
3 - Van / Enclosed Box
4 - Cargo Tank
5 - Flatbed
6 - Dump
7 - Concrete Mixer
8 - Auto Transporter
9 - Garbage / Refuse
10 - Grain, Chips, Gravel
11 - Pole
12 - Vehicle Towing Another Motor Vehicle
13 - Intermodal Chassis
14 - Logging
98 - Other Cargo Body (not listed above)

**HAZARDOUS MATERIALS INVOLVEMENT**

DID THE VEHICLE HAVE A HAZ-MAT PLACARD?
[ ] Yes  [x] No

IF YES, INCLUDE THE FOLLOWING INFORMATION FROM THE PLACARD

HM 4-Digit # or name from diamond or box:

HM Class # from bottom of diamond:

Was Haz-Mat released from THIS vehicle's cargo?   [ ] Yes  [x] No

## MOTOR CARRIER INFORMATION

CHECK ONE

[x] Interstate Carrier   [ ] Intrastate Carrier   [ ] Not In Commerce - Government   [ ] Not In Commerce - Other Trucks (Over 10,000 lbs. GVWR / GCWR)

Carrier Name: Zoom Imaging Solutions

Carrier Street Address (P.O. Box Only if no street address):   1326 N Market Boulevard

City / State / ZIP Code: Sacramento, CA 95834

Phone Number: (916)369-6526

| Carrier ID Number(s): | NONE | USDOT# | | MC / MX # | | State# CA 357308 |
|---|---|---|---|---|---|---|

## SEQUENCE OF EVENTS

NOTE: FOR THIS VEHICLE, LIST UP TO 4 EVENTS

Event 1: 13   Event 2:   Event 3:   Event 4:

NON-COLLISIONS
1 Ran Off Road
2 Jackknife
3 Overturn (Rollover)
4 Downhill Runaway
5 Cargo Loss or Shift
6 Explosion or Fire
7 Separation of Units
8 Cross Median / Centerline

NON-COLLISIONS (Continued)
9 Equipment Failure (Tires, Brakes, Steering, etc.)
10 Other Non-Collision

COLLISION INVOLVING / WITH
12 Pedestrian
13 Motor Vehicle In-Transport
14 Parked Motor Vehicle

COLLISION INVOLVING / WITH (Continued)
15 Train
16 Pedalcycle
17 Animal
18 Fixed Object
19 Work Zone Maintenance Equipment
20 Other Moveable Object
98 Other (Describe)

| PREPARED BY | | REVIEWED BY | DATE |
|---|---|---|---|
| Jeremy M. Grove | 017778 | Michael McWain 013914 | 02/11/2020 |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7108 NORTH FRESNO STREET, SUITE 250
FRESNO, CALIFORNIA 93720-2952
TELEPHONE 559-437-2860 ♦ FAX 559-705-1934

## PROOF OF SERVICE

**Reginald Verdine v. Swift Transportation of Arizona, LLC, et al.**

I am employed in the County of Fresno, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 7108 North Fresno Street, Suite 250, Fresno, CA 93720-2952.

On July 19, 2022, I served the following document(s) described as **DEFENDANT SWIFT TRANSPORTATION OF ARIZONA, LLC'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT; DECLARATION OF PATRICK S. SCHOENBURG IN SUPPORT THEREOF, Exhibits "A" and "B"; CIVIL COVER SHEET,** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2022, at Fresno, California.

_____
Noey Romo

**SERVICE LIST**
**Reginald Verdine v. Swift Transportation of Arizona, LLC, et al.**

Simran Kaleka, Esq.
THE LAW OFFICES OF SIMRAN KALEKA, APC
8788 Shoreham Drive
Suite 10
West Hollywood, CA 90069
Tel: (310) 850-1765
Email: simrankaleka1@gmail.com
**Attorneys for Plaintiff, Reginald Verdine**

Marshall Anthony Smith
160 Sunshine Ridge Road
Westminster, SC 29693
Email: AlpineHarvestTransort@gmail.com
**Named Defendant**

Megan B. Mavis, Esq.
MICHAEL SULLIVAN AND ASSOCIATES
P.O. Box 85059
San Diego, CA 92186
Tel: (714) 202-3440 / Fax: (844) 910-1850
Email: mmavis@sullivanattorneys.com
**Attorneys for Lien Claimant, Xerox Corporation**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7108 NORTH FRESNO STREET, SUITE 250
FRESNO, CALIFORNIA 93720-2952
TELEPHONE 559-437-2860 ♦ FAX 559-705-1934