Patrick S. Schoenburg (State Bar No. 162842)
pschoenburg@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
7108 North Fresno Street, Suite 250
Fresno, California 93720-2952
Phone: 559-437-2860 ♦ Fax: 559-705-1934

Attorneys for Defendants SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and MARSHALL ANTHONY SMITH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| Reginald Vedrine, <br><br> Plaintiff, <br><br> v. <br><br> Swift Transportation of Arizona, LLC; Marshall Anthony Smith, an individual; and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 1:22-cv-00902-AWI-EPG <br><br> **STIPULATION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT TO CORRECT MISNOMER (F.R.C.P. 15(a))** <br><br> Trial Date:     None Set |

Defendants Swift Transportation Co. of Arizona, LLC (erroneously named as Swift Transportation of Arizona, LLC) and Marshall Anthony Smith and Plaintiff Reginald Vedrine ("Plaintiff") submit the following Joint Stipulation and request that the Court grant Plaintiff leave to file a First Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure:

1. Plaintiff filed the operative Complaint on February 4, 2022 in Tulare County Superior Court;

2. Defendant Swift Transportation Co. of Arizona, LLC was inadvertently named in the Complaint as "Swift Transportation of Arizona, LLC";

3. Defendant Swift Transportation Co. of Arizona, LLC removed this matter from Tulare County Superior Court to the United States District Court for the Eastern District of California, Fresno Division on July 19, 2022, and filed its Answer on July 26, 2022;

1  4.  Defendant Marshall Anthony Smith was served with the operative Complaint on
2  August 30, 2022; and,
3  5.  To remedy the misnaming of Swift Transportation Co. of Arizona, LLC and to
4  allow for the filing of a complaint that is formatted for the United States District Court, the parties
5  request that leave be granted for the filing of a First Amended Complaint.

6  **IT IS THEREFORE STIPULATED** by and between the parties through their respective
7  attorneys of records that Plaintiff shall, pursuant to Rule 15(a) of the Federal Rules of Civil
8  Procedure, file a First Amended Complaint within twenty (20) days of the entry of an Order on
9  this Stipulation. Additionally, Defendant Marshall Anthony Smith shall file a responsive pleading
10 within twenty (20) days of the filing of the First Amended Complaint.

12 DATED: September 15, 2022           WOOD, SMITH, HENNING & BERMAN LLP

14                                      By: _____
15                                           PATRICK S. SCHOENBURG
                                        Attorneys for Defendants SWIFT TRANSPORTATION
16                                      CO. OF ARIZONA, LLC and MARSHALL
                                        ANTHONY SMITH

18 DATED: September 14, 2022           THE LAW OFFICES OF SIMRAN KALEKA, APC

20                                      By: _____
21                                           SIMRAN KALEKA
                                        Attorneys for Plaintiff REGINALD VEDRINE

**ORDER**

Based on the written stipulation of the parties and good cause appearing in support thereof, Plaintiff is granted leave to file a First Amended Complaint within twenty (20) days of the date of this Order. Additionally, Defendant Marshall Anthony Smith shall file a responsive pleading within twenty (20) days of the filing of the First Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____

_____
The Hon. Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

**Reginald Vedrine v. Swift Transportation of Arizona, LLC**
**USDC Eastern District Case No. 1:22-cv-00902-AWI-EPG**

I am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 7108 North Fresno Street, Suite 250, Fresno, CA 93720-2952.

On September 15, 2022, I served the following document(s) described as **STIPULATION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT TO CORRECT MISNOMER (F.R.C.P. 15(A))** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY MAIL:** I placed true copies of the foregoing document(s) enclosed in sealed envelopes addressed as shown on the Service List. I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Fresno, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 15, 2022, at Fresno, California.



Cathy Walker

**SERVICE LIST**
**Reginald Vedrine v. Swift Transportation of Arizona, LLC**
**USDC Eastern District Case No. 1:22-cv-00902-AWI-EPG**

Megan B. Mavis, Esq.
Michael Sullivan and Associates
P.O. Box 85059
San Diego, CA 92186
Tel: (714) 202-3440 / Fax: (844) 910-1850
Email: mmavis@sullivanattorneys.com
cc: Amanda Liberto aliberto@sullivanattorneys.com.
**Attorneys for Lien Claimant, XEROX CORPORATION**