Patrick S. Schoenburg (State Bar No. 162842)
pschoenburg@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
7108 North Fresno Street, Suite 250
Fresno, California 93720-2952
Phone: 559-437-2860 ♦ Fax: 559-705-1934

Attorneys for Defendants SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and MARSHALL ANTHONY SMITH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| REGINALD VEDRINE,<br><br>    Plaintiff,<br><br>    v.<br><br>SWIFT TRANSPORTATION OF ARIZONA, LLC; MARSHALL ANTHONY SMITH, an individual; AND DOES 1 TO 20, INCLUSIVE,<br><br>    Defendants. | Case No. 1:22-cv-00902-AWI-EPG<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT TO CORRECT MISNOMER (F.R.C.P. 15(a))**<br><br>(ECF No. 9) |

Defendants Swift Transportation Co. of Arizona, LLC (erroneously named as Swift Transportation of Arizona, LLC) and Marshall Anthony Smith and Plaintiff Reginald Vedrine ("Plaintiff") submit the following Joint Stipulation and request that the Court grant Plaintiff leave to file a First Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure:

1.   Plaintiff filed the operative Complaint on February 4, 2022 in Tulare County Superior Court;

2.   Defendant Swift Transportation Co. of Arizona, LLC was inadvertently named in the Complaint as "Swift Transportation of Arizona, LLC";

3.   Defendant Swift Transportation Co. of Arizona, LLC removed this matter from Tulare County Superior Court to the United States District Court for the Eastern District of California, Fresno Division on July 19, 2022, and filed its Answer on July 26, 2022;

1

4.    Defendant Marshall Anthony Smith was served with the operative Complaint on August 30, 2022; and,

5.    To remedy the misnaming of Swift Transportation Co. of Arizona, LLC and to allow for the filing of a complaint that is formatted for the United States District Court, the parties request that leave be granted for the filing of a First Amended Complaint.

**IT IS THEREFORE STIPULATED** by and between the parties through their respective attorneys of records that Plaintiff shall, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file a First Amended Complaint within twenty (20) days of the entry of an Order on this Stipulation. Additionally, Defendant Marshall Anthony Smith shall file a responsive pleading within twenty (20) days of the filing of the First Amended Complaint.

DATED:  September 15, 2022          WOOD, SMITH, HENNING & BERMAN LLP

By: _____
      PATRICK S. SCHOENBURG
Attorneys for Defendants SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and MARSHALL ANTHONY SMITH

DATED:  September 14, 2022          THE LAW OFFICES OF SIMRAN KALEKA, APC

By: _____
      SIMRAN KALEKA
Attorneys for Plaintiff REGINALD VEDRINE

2

**ORDER**

Based on the written stipulation (ECF No. 9) of the parties and good cause appearing in support thereof, Plaintiff is granted leave to file a First Amended Complaint within twenty (20) days of the date of this Order. Additionally, Defendant Marshall Anthony Smith shall file a responsive pleading within twenty (20) days of the filing of the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **September 16, 2022**         /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE