SIMRAN KALEKA, ESQ.  [SBN 318841]
sk@bhattorneys.com
**Law Offices of Simran Kaleka, APC**
8788 Shoreham Drive, Suite 10
West Hollywood, California 90069
Telephone: (310) 850-1765
Facsimile: (559) 449-1340

Attorneys for Plaintiff, REGINALD VEDRINE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Reginald Vedrine, an Individual; | **Case No**.: 1:22-cv-00902-AWI-EPG |
| Plaintiff, | |
| vs. | **FIRST AMENDED COMPLAINT** |
| Swift Transportation of Arizona, LLC; Marshall Anthony Smith, an individual; and DOES 1 to 20, inclusive, | Trial Date: None set |
| Defendant. | |

1
**FIRST AMENDED COMPLAINT**

**COMES NOW PLAINTIFF AND ALLEGES ON INFORMATION AND BELIEF:** For a Complaint against Defendants, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC (erroneously named as Swift Transportation of Arizona, LLC); MARSHALL ANTHONY SMITH; and DOES 1 through 20, inclusive (collectively, "Defendants"), plaintiff REGINALD VEDRINE, alleges as follows:

## JURISDICTION AND VENUE

1. This action is a civil action of which this Court has diversity jurisdiction under 28 U.S.C. §1332, and is one which has been removed to this Court by Defendant SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and MARSHALL ANTHONY SMITH pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

2. Venue is proper in the Eastern District of California because the negligent acts giving rise to this claim alleged herein occurred within the Eastern District of California. Venue is proper specifically in the Fresno Division of this District because the negligent acts giving rise to this Claim alleged herein occurred within the Fresno Division of the Eastern District of California.

3. Diversity of the parties exists as Plaintiff REGINALD VEDRINE resides in the State of California.

4. Defendant MARSHALL ANTHONY SMITH is a citizen of the State of South Carolina.

5.      Defendant SWIFT TRANSPORTATION CO. OF ARIZONA, LLC is a foreign limited liability Company organized under the laws of the State of Delaware with its principal place of business in the State of Arizona.

6.      Based on the total amount of Plaintiff's outstanding medical bills and loss of earnings, the amount in controversy in this action exceeds $75,000.00 jurisdictional limit established by 28 U.S.C. §1332(a).

## I.     PARTIES

1. Plaintiff REGINALD VEDRINE ("Plaintiff") is, and at the time of the incident alleged herein was, a resident of Fresno County, California.

2. At the times and places hereinafter alleged, Plaintiff is informed, believes and thereon alleges that Defendant SWIFT TRANSPORTATION CO. OF ARIZONA, LLC was a corporation incorporated in the State of Delaware with a principal place of business in the state of Arizona.

3. At the times and places hereinafter alleged, Plaintiff is informed, believes and thereon alleges that Defendant MARSHALL ANTHONY SMITH is a citizen of the State of South Carolina.

4. Xerox Corporation has filed a Notice of Lien in the pending Superior Court action. Xerox Corporation is not a party to this action. However, for the sake of completeness, Xerox s a corporation organized and exiting under the laws of New York, having its principal place of business at 45 Glover Avenue, Norwalk, Connecticut.

5. The true names and/or capacities, whether individual, corporate, associate or otherwise, of Defendants Does 1 through 20, inclusive, and each of them, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names pursuant to <u>Federal Rules of Civil Procedure Rule 15</u>.  Plaintiff is informed and believes, and upon such information and belief alleges, that each of the Defendants fictitiously named herein as a Doe is legally responsible, negligently or in some other actionable manner, for the events and happenings hereinafter referred to, and proximately caused the damages to Plaintiff hereinafter alleged.  Plaintiff will seek leave of court to amend this Complaint to assert the true names and/or capacities of such fictitiously named Defendants when the same have been ascertained.

6. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants, including without limitation the Doe Defendants, was the agent, affiliate, officer, director, manager, principal, alter-ego and/or employee of the other Defendants and were at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment and actively participated in, or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged herein, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and all of the violations of  Plaintiff rights and the damages to Plaintiff proximately caused thereby.

7. Defendants, and Does 1 through 20 are collectively referred to as

Defendants herein.

## II.     FIRST CAUSE OF ACTION- GENERAL NEGLIGENCE

8. On or about February 7, 2020, Plaintiff Reginald Vedrine was travelling Southbound on the 99 State Route Highway in the city of Tulare, CA, when a vehicle owned by Defendant Swift Transportation Co. of Arizona, LLC and driven by Defendant Marshall Anthony Smith, was travelling southbound on the 99 State Route Highway, swerved into Plaintiff's lane at a high rate of speed and struck the right side of Plaintiff's vehicle, resulting in injuries and damages to Plaintiff.

9. Defendants Swift Transportation Co. of Arizona, LLC; Marshall Anthony Smith and DOES 1 to 20, inclusive, negligently operated his motor vehicle by, including but not limited to, failing to keep a proper look out for other vehicles including Plaintiff's vehicle. Defendants Swift Transportation Co. of Arizona, LLC; Marshall Anthony Smith and DOES 1 to 20, inclusive, violated the applicable California Vehicle Code Section 21658 (a), by making an unsafe lane change.

10. As a direct and proximate result of the acts and omissions of the Defendants and DOES 1 to 20, inclusive, Plaintiff received severe injuries to his body and shock and injuries to his nervous system, all of which caused and continue to cause him severe pain and discomfort, and Plaintiff is informed and believes, and based upon such information and belief, alleges that he will in the future suffer mental, physical and nervous pain and suffering, all to his general damage in a sum according to proof at the time of trial.

11. As a direct and proximate result of the acts and omissions of the Defendants and DES 1 to 20, inclusive, and the injuries resulting therefrom, Plaintiff necessarily employed physicians and surgeons for medical examinations, treatment, and care for these injures, and incurred medical and incidental expenses. Plaintiff will also have to incur additional like expenses in the future, all in the amounts presently unknown to him. Plaintiff therefore asks leave of the Court either to amend this complaint to show the amount of his medical expenses, when ascertained, or to prove the amount at trial.

### III. SECOND CAUSE OF ACTION- MOTOR VEHICLE

12. Plaintiff Reginald Vedrine alleges the acts of Defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to Plaintiff. The acts occurred on February 7, 2020 at State Route 99 Southbound 1 mile north of Avenue 76 in Tulare, CA. The Defendants who operated a motor vehicle are Marshall Anthony Smith and DOES 1 to 20, inclusive. The Defendants who employed the persons who operated a motor vehicle in the course of their employment are Swift Transportation Co. of Arizona, LLC and DOES 1 to 20, inclusive. The Defendants who owned the motor vehicle which was operated with their permission are Swift Transportation Co. of Arizona, LLC and DOES 1 to 20, inclusive. The Defendants who are liable to Plaintiffs for other reasons and the reasons for the liability are Swift Transportation Co. of Arizona, LLC and DOES 1 to 20, inclusive.

**PRAYER FOR RELIEF**

WHEREFORE, PLAINTIFF PRAYS FOR JUDGMENT AGAINST DEFENDANTS, AND EACH OF THEM, AS FOLLOWS:

A. General damages according to proof at trial;

B. Compensatory damages in a sum according to proof at trial;

C. Future medical incurred and to be incurred for services of hospitals, physicians, surgeons, nurses and other professional services, ambulance services, x-rays, and other medical supplies and services according to proof at trial;

D. Loss of income incurred and to be incurred according to proof at trial;

E. Property damage incurred according to proof at trial;

F. Loss of use of property according to proof at trial;

G. For interest provided by law; and

H. Costs of suit and for such other and further relief as the Court deems proper.

Wherefore, and in light of the above, Plaintiff demands judgment against Defendants according to proof at trial.

DATED: October 6, 2022    **Law Offices of Simran Kaleka, APC**

By: _____
SIMRAN KALEKA, ESQ.
Attorneys for PLAINTIFF

# PROOF OF SERVICE
*Reginald Vedrine v. Swift Transportation of Arizona, LLC, et al*
*USDC Eastern District Case No. 1:22-cv-00902-AWI-EPG*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 8788 Shoreham Drive, Suite 10, West Hollywood, California 90069.

On **October 6, 2022**, I served the foregoing document described as: **FIRST AMENDED COMPLAINT** on the interested parties in this action as set forth on the attached service list in the following manner:

☐ **BY MAIL:** I am familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ **BY ELECTRONIC TRANSMISSION.** I caused a true copy of the foregoing document(s) to be transmitted by email to each of the parties designated herein and as last given by that person on any document which he or she has filed in this action and served upon this office During the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time' after the transmission.

☐ **BY OVERNIGHT DELIVERY:** By depositing copies of the above document(s) in a box or other facility regularly maintained by FEDEX, in an envelope or package designed by FEDEX with delivery fees paid or provided for and sent to the person(s) named above [C.C.P. §1013, 2015.5].

Dated: October 6, 2022   *Richard Gonzalez*
                         _____
                         Richard Gonzalez
                         Law Offices of Simran Kaleka, APC

---

**FIRST AMENDED COMPLAINT**
1

# PROOF OF SERVICE MAILING LIST

*Reginald Vedrine v. Swift Transportation of Arizona, LLC, et al.*

*USDC Eastern District Case No. 1:22-cv-00902-AWI-EPG*

| | |
|---|---|
| MEGAN B. MAVIS, State Bar No. 328041<br>mmavis@sullivanattorneys.com<br>MICHAEL SULLIVAN AND ASSOCIATES<br>P.O. Box 85059<br>San Diego, California 92186<br>Telephone: (714) 202-3440<br>Fax: (844) 910-1850 | Attorneys for Lien Claimant,<br>XEROX CORPORATION |
| Patrick S. Schoenburg, State Bar No. 162842<br>pschoenburg@wshblaw.com<br>Wood, Smith, Henning & Berman LLP<br>7108 North Fresno Street, Suite 250<br>Fresno, CA 93720<br>Phone: 559-437-2860   Fax: 559-705-1934 | Attorney for Defendant,<br>Swift Transportation of Arizona, LLC |
| | |