Patrick S. Schoenburg (State Bar No. 162842)
pschoenburg@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
7108 North Fresno Street, Suite 250
Fresno, California 93720-2952
Phone: 559-437-2860 ♦ Fax: 559-705-1934

Attorneys for Defendants SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and MARSHALL ANTHONY SMITH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Reginald Vedrine,<br><br>    Plaintiff,<br><br>    v.<br><br>Swift Transportation of Arizona, LLC; Marshall Anthony Smith, an individual; and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 1:22-cv-00902-AWI-EPG<br><br>**JOINT NOTICE OF SETTLEMENT**<br>**(Local Rule 160)**<br><br>Trial Date:        None Set |

Pursuant to Local Rule 160(a), Plaintiff Reginald Vedrine ("Plaintiff") and Defendants Swift Transportation Co. of Arizona, LLC and Marshall Anthony Smith (collectively "Defendants") give notice that a settlement of this matter has been reached in its entirety. Plaintiff and Defendants request that pursuant to Local Rule 160(b) the period for the filing of a stipulation of dismissal be extended to sixty days from the date of this Notice to provide time for the resolution of all pending liens.

DATED: October 10, 2022        WOOD, SMITH, HENNING & BERMAN LLP

                        By:    */s/ Patrick S. Schoenburg*
                                PATRICK S. SCHOENBURG
                        Attorneys for Defendants SWIFT TRANSPORTATION
                        CO. OF ARIZONA, LLC and MARSHALL
                        ANTHONY SMITH

26348961.1:05742-0101

JOINT NOTICE OF SETTLEMENT

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7108 NORTH FRESNO STREET, SUITE 250
FRESNO, CALIFORNIA 93720-2952
TELEPHONE 559-437-2860 ♦ FAX 559-705-1934

| | |
|---|---|
| DATED: October 10, 2022 | THE LAW OFFICES OF SIMRAN KALEKA, APC |
| | By: */s/ Simran Kaleka* |
| | SIMRAN KALEKA |
| | Attorneys for Plaintiff REGINALD VEDRINE |

26348961.1:05742-0101

-2-
JOINT NOTICE OF SETTLEMENT