UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD VEDRINE,<br><br>   Plaintiff,<br><br> v.<br><br>SWIFT TRANSPORTATION OF ARIZONA, LLC, *et al.*,<br><br>   Defendants. | Case No. 1:22-cv-00902-AWI-EPG<br><br>ORDER RE: JOINT NOTICE OF SETTLEMENT<br><br>(ECF No. 14). |

On October 10, 2022, Plaintiff filed a joint notice of settlement notifying the Court that a settlement has been reached between the parties. (ECF No. 14). Additionally, the parties request that "pursuant to Local Rule 160(b) the period for the filing of a stipulation of dismissal be extended to sixty days from the date of this Notice to provide time for the resolution of all pending liens." (*Id.*) Accordingly, IT IS ORDERED that the parties shall file appropriate dispositional documents by December 9, 2022.

IT IS SO ORDERED.

Dated:  **October 11, 2022**      /s/ Erica P. Grosjean
                      UNITED STATES MAGISTRATE JUDGE

1