UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD VEDRINE,<br><br>        Plaintiff,<br><br>    v.<br><br>SWIFT TRANSPORTATION OF ARIZONA, LLC, *et al.*,<br><br>        Defendants. | Case No. 1:22-cv-00902-AWI-EPG<br><br>ORDER RE: JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(1)(A)<br><br>(ECF No. 16). |

On November 11, 2022, the parties filed a joint stipulation for dismissal with prejudice with each party to bear its own attorneys' fees and costs. (ECF No. 16). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated:   **November 7, 2022**            /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1